# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANTHONY PARKER,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-CV-3655** |
| | : | |
| **LEHIGH COUNTY DOMESTIC** | : | |
| **RELATIONS SECTION,** | : | |
|     Defendant. | : | |

## ORDER

**AND NOW**, this 9th day of October, 2020, upon consideration of Plaintiff Anthony Parker's Motions to Proceed *In Forma Pauperis* (ECF Nos. 4 & 5), and *pro se* Amended Complaint (ECF No. 6), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons discussed in my accompanying Memorandum Opinion.

4. The Clerk of Court shall mark this case **CLOSED**.

                                                    **BY THE COURT:**

                                                  */s/ Mitchell S. Goldberg*
                                                  **MITCHELL S. GOLDBERG, J.**